Decided February 10, 2012

## MICHAEL DARCY *v.* PETURA BILLIE

The defendant's petition for certification for appeal from the Appellate Court (AC 33750) is denied.

*Petura Billie,* pro se, in support of the petition.

Decided February 10, 2012

## RICHARD GILLAND, JR., ADMINISTRATOR (ESTATE OF JENNIFER MAGNANO), ET AL. *v.* SPORTSMEN'S OUTPOST, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 33926) is denied.

*Robert D. Laurie, Katherine A. Scanlon* and *Crystal L. Fraser,* in support of the petition.

*Christopher Runzulli* and *Scott C. Allan,* in opposition.

Decided February 10, 2012